NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――

**U.S. SILICA CO.,**
*Plaintiff-Appellee*

v.

**AMBERGER KAOLINWERKE EDUARD KICK GMBH & CO. KG,**
*Defendant-Appellant*

―――――――――

2023-1813

―――――――――

Appeal from the United States District Court for the Eastern District of Texas in No. 2:20-cv-00298-JRG, Chief Judge J. Rodney Gilstrap.

―――――――――

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

FOR THE COURT

August 3, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** August 3, 2023